**FILED**

Jan 10 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**OF JURISDICTION**

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER *(Tran. Court)* | |
| | | 8:14-cr-50-JSM-MAP | |
| | | DOCKET NUMBER *(Rec. Court)* | |
| | | CR22-10CRB | |
| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION | |
| Kevin Jovanny Najera | Middle District of Florida | Tampa P.O. Box | |
| Novato, CA 94947 | NAME OF SENTENCING JUDGE | | |
| | The Honorable James S. Moody, Jr. | | |
| | DATES OF SUPERVISED RELEASE: | FROM 08/18/2021 | TO 08/17/2026 |

**OFFENSE**

21 U.S.C. 841(a)(1) and 841(b)(1)(A)(viii) and 18 U.S.C. 2 Possession with the Intent to Distribute more than 500 Grams of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (Class A Felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Middle  DISTRICT OF Florida

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the ____Northern District of California_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 7, 2022
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Northern  DISTRICT OF California

   IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 10, 2022
*Effective Date*

*[signature] Susan Illston*
*United States District Judge*